**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br>   v.<br>$127,000 IN U.S. CURRENCY,<br><br>        Defendant.<br>_____/ | No. C 11-06605 LB<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINES**<br><br>[Re: ECF No. 22] |

On March 29, 2012, Claimant Angelo Salazar filed a motion for summary judgment. Claimant's Motion, ECF No. 15. The parties previously agreed to briefing dates for this motion, and the court set it for hearing on May 24, 2012. Second Stipulation and Order, ECF No. 14.

Now, scheduling issues have arisen, and the Government filed an administrative motion for more time to file its opposition to Claimant's motion and to possibly file a cross-motion for summary judgment. Administrative Motion, ECF No. 22. Claimant opposed the Government's administrative motion. Opposition to Administrative Motion, ECF No. 23.

Upon consideration of the issue and the parties' concerns, the court finds good cause to adjust the briefing deadlines and the hearing date. The following schedule shall apply:

1. The United States may file any opposition to Claimant's summary judgment and/or cross-motion for summary judgment by **April 26, 2012**.

2. Claimant may file any reply in support of his motion for summary judgment or opposition to the Government's cross-motion for summary judgment by **May 24, 2012**.

C 11-06605

3. The Government may file any reply in support of its cross-motion for summary judgment by **June 7, 2012**.

4. The hearing on the motion(s) will take place on **June 21, 2012**.

The court appreciates that Claimant suggested (without specifying) that scheduling conflicts might arise if the motion hearing is set in June. If that is true, the parties should meet and confer about dates that work better and then consult with courtroom deputy Lashanda Scott at 415-522-3140 about rescheduling the June 21, 2012 hearing date.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-06605

2