```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2
    MIRANDA B. KANE (CSBN 150630)
 3  Chief, Criminal Division

 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, CA 94102
        Telephone: 415.436.6857
 7      Facsimile:  415.436.7234
        Email:    patricia.kenney@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:11-CV-6605 LB |
| Plaintiff, ) | |
| v. ) | ORDER RE: OVER SIZE BRIEF |
| $127,000 IN UNITED STATES ) CURRENCY, ) | OF THE UNITED STATES |
| Defendant. ) | |
| ANGELO SALAZAR, ) | |
| Claimant. ) | |

UPON CONSIDERATION of the motion of the United States to file an over size brief, and the entire record, it is by the Court for good cause shown ~~on this ____ day of April, 2012~~,

ORDERED that the motion be, and hereby is, GRANTED; and it is further

ORDERED that the United States may file its 28-page over size brief.

Dated: May 1, 2012

_/s/ LB_
HONORABLE LAUREL BEELER
United States Magistrate Judge