MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email:      patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>$127,000 IN UNITED STATES CURRENCY,<br><br>                Defendant.<br><br>ANGELO SALAZAR,<br><br>                Claimant. | No. 3:11-CV-6605 LB<br><br>ORDER RE: OVER SIZE BRIEF<br>OF THE UNITED STATES |

UPON CONSIDERATION of the motion of the United States to file an over size brief, and the entire record, it is by the Court for good cause shown ~~on this ____ day of April, 2012~~,

ORDERED that the motion be, and hereby is, GRANTED; and it is further

ORDERED that the United States may file its 28-page over size brief.

Dated: May 1, 2012

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge